1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   D. MICHAEL RADFORD, an individual,    Case No. CV 21-1135-DMG (PDx)

12                    Plaintiff,           **ORDER RE DISMISSAL OF ACTION**
13                                         **WITH PREJUDICE [41]**
         v.
14

15   VULCAN MATERIALS COMPANY, a
16   New Jersey Corporation; and DOES 1
     through 150; inclusive,
17
                     Defendants.
18

19

20

21

22

23

24

25

26

27

28

1      The Court, having considered the Parties' Stipulation of Dismissal, hereby

2 ORDERS that:

3        1.  The above-captioned action is dismissed with prejudice;

4        2.  Each party is to bear its own fees and costs; and

5        3.  The Court retains jurisdiction to enforce the Parties' settlement

6 agreement.

7 **IT IS SO ORDERED.**

8 DATED:  February 8, 2022

9                  DOLLY M. GEE
                 UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28